LEMMERMAN v. WILLIAMS OIL CO.

    No. 224A86.

    Case below: 318 N.C. 577.

    Petition by plaintiffs denied 29 December 1986.

TATUM v. TATUM

    No. 161A86.

    Case below: 318 N.C. 407.

    Petition by plaintiff denied 6 January 1987.